**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ANDRY OMAR BLANCO BONILLA; WILD YAHARE CHIRINOS ROMERO; and JERCE EGBUNIK REYES BARRIOS,** | § | |
| *Plaintiffs*, | § | |
| *v.* | § | **Case No. 1:26-cv-02511-JEB** |
| **CSI AVIATION, INC.; GLOBAL CROSSING AIRLINES GROUP, INC.; and GLOBAL CROSSING AIRLINES, INC. (d/b/a GLOBALX),** | § | |
| *Defendants,* | § | |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for CSI Aviation, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of CSI Aviation, Inc. which have any outstanding securities in the hands of the public:

- No publicly held corporations own 10% or more of CSI Aviation, Inc.'s stock
- CSI Aviation, Inc. does not have a parent company

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: September 2, 2026

Attorneys of Record,

*/s/ Jason Halper*
Jason Halper (NY Bar No. 2483345)
VINSON & ELKINS LLP
1114 Avenue of the Americas

32nd Floor
New York, NY 10036
(212) 237-0240
jhalper@velaw.com

Jeremy Marwell (DC 1000299)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
(202) 639-6507
jmarwell@velaw.com

*Counsel for CSI Aviation, Inc.*