**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **BLANCO BONILLA, et al.**<br><br>*Plaintiffs*,<br><br>*v.*<br><br>**CSI AVIATION, INC., et al.**<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 1:26-cv-02511-JEB** |

**<u>JOINT MOTION TO MODIFY BRIEFING SCHEDULE</u>**

Defendants CSI Aviation, Inc., Global Crossing Airlines Group, Inc., and Global Crossing Airlines, Inc., d/b/a Globalx, and Plaintiffs Andry Omar Blanco Bonilla, Wild Yahare Chirinos Romero, and Jerce Egbunik Reyes Barrios, on behalf of themselves and all others similarly situated, by and through their undersigned counsel, jointly move for an order modifying the existing briefing schedule in this action as set forth below. In support of this motion, the parties state as follows:

1. Plaintiffs filed a Complaint in the above-referenced action (the "Complaint") on July 17, 2026 and served Defendants Global Crossing Entities on August 14, 2026 and Defendant CSI Aviation, Inc. ("CSI") on or around August 19, 2026.

2. The Court previously granted the parties' first Joint Motion for Briefing Schedule. *See* Minute Order (Sept. 3, 2026). Pursuant to the Court's order, the current deadline for Defendants to answer, move to dismiss, or otherwise respond to the Complaint is October 13, 2026. To the extent any Defendant files a motion to dismiss,

the current deadline for Plaintiffs' opposition to the motion to dismiss is December 14, 2026. The current deadline for Defendants' reply in support of a motion to dismiss is January 13, 2027.

3. The parties have conferred regarding certain modifications to this briefing schedule and agree that good cause exists under Federal Rule of Civil Procedure 6(b) for the modified schedule requested below.

A. Defendants shall have until November 12, 2026 to answer, move to dismiss or otherwise respond to the Complaint.

B. To the extent any Defendant files a motion to dismiss, Plaintiffs' opposition to the motion to dismiss shall be filed on or before January 27, 2027.

C. Defendants shall have until February 26, 2027 to reply in support of any motion to dismiss.

4. This request is made jointly, in good faith, and not for purposes of delay.

WHEREFORE, the parties respectfully request that the Court enter an order setting the modified briefing schedule proposed above.

Dated: September 30, 2026

_/s/ Mark Pinkert_ (by permission)
Mark Pinkert*
Lindsey Lazopoulos Friedman*
Steven LaRussa*
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
2333 Ponce De Leon Blvd., Suite 600
(305) 379-1601

_/s/ Jason Halper_
Jason Halper (NY Bar No. 2483345)
VINSON & ELKINS LLP
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
(212) 237-0240
jhalper@velaw.com

mpinkert@holtzmanvogel.com

/s/ Kellen Dwyer (by permission)
Kellen Dwyer (D.C. Bar No. 1008151)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
2300 N Street NW, Suite 643
Washington, DC 20037
(202) 737-8808
kdwyer@holtzmanvogel.com

*pro hac vice

*Counsel for Global Crossing Airlines Group, Inc. and Global Crossing Airlines, Inc. d/b/a GlobalX*

/s/ Jeremy C. Marwell
Jeremy C. Marwell (DC 1000299)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
(202) 639-6507
jmarwell@velaw.com

*Counsel for CSI Aviation, Inc.*

/s/ Ida Abhari
Ida Abhari
(D.D.C. Bar No. CA00193)
**HAUSFELD LLP**
580 California Street, 12th Floor
San Francisco, CA 94104
(415) 633-1908
iabhari@hausfeld.com

Mary S. Van Houten Harper
(D.C. Bar No. 1045137)
Michael Hausfeld
(D.C. Bar No. 153742)
Amanda Lee Das-Gupta (*pro hac vice*)
(D.C. Bar No. 1619712)
Claire A. Rosset
(D.C. Bar No. 1719756)
Percy Metcalfe (*pro hac vice*)
(D.C. Bar No. 90029289)
**HAUSFELD LLP**
1200 17th Street NW, Suite 600,
Washington, DC 20036
(202) 540-7200
mvanhouten@hausfeld.com
mhausfeld@hausfeld.com
alee@hausfeld.com

Mariyam Hussain (*pro hac vice)*
**BERGER MONTAGUE PC**
110 N. Wacker Drive, Suite 2500
Chicago, IL 60606
(773) 666-4316
mhussain@bergermontague.com

Times Wang
(D.C. Bar No. 1025389)
**FARRA & WANG PLLC**
1543 Champa St., Suite 400
Denver, CO 80202
(202) 505-6227
twang@farrawang.com
Adam H. Farra
(D.C. Bar No. 1028649)
Colin Gillespie*
**FARRA & WANG PLLC**
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 505-5990
afarra@farrawang.com
cgillespie@farrawang.com

crosset@hausfeld.com
pmetcalfe@hausfeld.com

Katie Beran*
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
(215) 985-3270
kberan@hausfeld.com

James Gotz (*pro hac vice*)
**HAUSFELD LLP**
One Marina Park Drive, Suite 14010
Boston, MA 022101
(617) 207-0600
jgotz@hausfeld.com

Michael Dell'Angelo
(D.D.C. Bar No. PA0090)
Michaela Wallin
(D.C. Bar No. 90036444)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000
mdellangelo@bergermontague.com
mwallin@bergermontague.com

Anthony Enriquez
(D.D.C. Bar No. NY0626)
Sarah T. Gillman
(D.D.C. Bar No. NY0316)
**ROBERT & ETHEL KENNEDY HUMAN RIGHTS CENTER**
88 Pine Street, Suite 801
New York, NY 10005
(917) 284-6355
enriquez@kennedyhumanrights.org
gillman@kennedyhumanrights.org

Sarah E. Decker
(D.D.C. Bar No. NY0566)
**ROBERT & ETHEL KENNEDY HUMAN RIGHTS CENTER**
1300 19th Street NW, Suite 750
Washington, DC 20036
(202) 559-4432
decker@kennedyhumanrights.org

*Counsel for Plaintiffs and the Proposed Class*

**pro hac vice forthcoming*

**LOCAL RULE CONFERENCE CERTIFICATION**

Pursuant to Local Rule 7(m), counsel for the parties conferred by email regarding the relief requested in the instant motion. The parties agree to the proposed schedule set forth above.

*/s/ Jason M. Halper*
Jason M. Halper

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 30, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically email notification of such filing to all counsel of record.

*/s/ Jason M. Halper*
Jason M. Halper