AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Andry Omar Blanco Bonilla, et al.,
*Plaintiff*
v.
CSI Aviation Inc., et al.,
*Defendant*

Case No. 26-cv-02511-JEB

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Global Crossing Airlines Group Inc. and and Global Crossing Airlines, Inc. d/b/a GlobalX .

Date: 10/22/2026

Steven La Russa
*Attorney's signature*

Steven LaRussa (Fla.Bar No. 1070745)
*Printed name and bar number*

Holtzman Vogel Baran Torchinsky & Josefiak PLLC
2333 Ponce de Leon Blvd., Suite 600
Coral Gables, FL 33134
*Address*

slarussa@HoltzmanVogel.com
*E-mail address*

(305) 379-1601
*Telephone number*

*FAX number*