**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**CASE NO. 26-CV-02511-JEB**

ANDRY OMAR BLANCO BONILLA,
WILD YAHARE CHIRINOS ROMERO, and
JERCE EGBUNIK REYES BARRIOS, *on behalf of themselves and all others similarly situated*,

*Plaintiffs,*

v.

CSI AVIATION, INC.,
GLOBAL CROSSING AIRLINES GROUP INC., and
GLOBAL CROSSING AIRLINES, INC.,
d/b/a GLOBALX,

*Defendants.*

______________________________________/

**DEFENDANT GLOBALX'S MOTION TO DISMISS**

Defendants Global Crossing Airlines Group Inc. and Global Crossing Airlines, Inc., d/b/a GlobalX (together, "GlobalX"), respectfully move for an order dismissing all claims against GlobalX in Plaintiffs' Complaint under Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6). The grounds for this motion are set forth in the accompanying memorandum of points and authorities. A proposed order is also attached.

*/s/ Mark Pinkert*
Mark Pinkert*
Lindsey Lazopoulos Friedman*
Steven LaRussa*
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
2333 Ponce De Leon Blvd., Suite 600
Miami, FL 33134
(305) 379-1601
mpinkert@holtzmanvogel.com
** pro hac vice*

Kellen Dwyer (D.C. Bar No. 1008151)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
2300 N Street NW, Suite 643
Washington, DC 20037
(202) 737-8808
kdwyer@holtzmanvogel.com

*Counsel for Global Crossing Airlines Group Inc. and Global Crossing Airlines, Inc., d/b/a GlobalX*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 12, 2026, I electronically filed the foregoing Motion and accompanying documents with the Clerk of Court using the CM/ECF system, which will automatically email notification of such filing to all counsel of record.

*/s/ Mark Pinkert*
Mark Pinkert

**CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY the attached memorandum complies with the page limit in Local Civil Rule 7(e). Excluding the parts that rule or order does not count, the memorandum is 42 pages long. The limit is 45 pages for an opening memorandum.

*/s/ Mark Pinkert*
Mark Pinkert